IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KIMBERLY NGUYEN,                              *

               Plaintiff,          *

v.                                                                  Case No.7:15-CV-31(WLS)

                                         *

TRONG LE, VIVIAN LE, and LE'S MODERN
NAILS, LLC,                                           *

              Defendants.        *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated October 26, 2017, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of

Defendants.  Defendants shall also recover costs of this action.

This 26th day of October, 2017.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk